IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. SUNSHINE GARNER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>1. STATE FARM MUTUAL )<br>AUTOMOBILE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. ) | Case No. CIV-15-754-M<br><br>*Honorable Vicki Miles-LaGrange* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff, Sunshine Garner, and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of Plaintiff against named Defendant be dismissed with prejudice.

Respectfully submitted,

s/Michael D. Lewis
Michael D. Lewis, OBA #12131
LAW OFFICES OF
MICHAEL D. LEWIS
6116 N.W. 63rd Street, Suite 100
Oklahoma City, OK 73132
Telephone: (405) 720-2225
Facsimile: (405) 848-6834
dhull.lewislaw@gmail.com

**ATTORNEY FOR PLAINTIFF**

s/Joseph T. Acquaviva, Jr.
Joseph T. Acquaviva, Jr., OBA #11743
Elizabeth A. Snowden, OBA #22721
WILSON, CAIN & ACQUAVIVA
300 Northwest 13th Street, Suite 100
Oklahoma City, Ok 73103
Telephone: (405) 236-2600
Facsimile: (405) 231-0062
JTAcqua@aol.com
beths@wcalaw.com

**ATTORNEYS FOR DEFENDANT**